IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff,

v.                                                                      Case No. 2:16-cv-00808-KG-SMV

INTREPID POTASH, INC., INTEPID POTASH-
NEW MEXICO, LLC, and STEVE GAMBLE,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW AS COUNSEL FOR DEFENDANT STEVE GAMBLE**

THIS MATTER came before the Court upon the motion of Rodey Dickason Sloan Akin & Robb, P.A. (Jeffrey L. Lowry) requesting permission to withdraw as counsel of record for Defendant Steve Gamble [Doc. 24] (the "Motion").  The Court, having considered the motion and being fully advised in the premises hereby FINDS that that no objections have been filed to the Motion and that good cause exists for the relief requested and therefore GRANTS the motion, as follows:

Upon entry of this Order, Rodey Dickason Sloan Akin & Robb, P.A. (Jeffrey L. Lowry) shall no longer be counsel of record in the above-captioned matter and Defendant Steve Gamble shall be allowed to proceed *pro se* and file papers with the Court until such time as another attorney enters an appearance on behalf of Defendant Gamble.

It is so ORDERED.

                                                     HONORABLE STEPHAN M. VIDMAR
                                                     UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Jeffrey L. Lowry
     Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
jlowry@rodey.com

APPROVED AS TO FORM:

KEMP SMITH LLP

By  Electronic Approval Given on 09/22/2016
     Kathryn Brack Morrow
3800 E. Lohman Avenue – Suite C
Las Cruces, NM  88011
Telephone:  575-527-0023
Facsimile:  915-546-5360
katy.morrow@kempsmith.com

R.J. Zayed
Forrest Tahdooahnippah
DORSEY & WHITNEY LLP
50 South Sixth Street - Suite 1500
Minneapolis, MN  55402-1498
Telephone:  612-340-2600
Facsimile:  612-340-2868
zayed.rj@dorsey.com
forrest@dorsey.com

*Attorneys for Plaintiff*

- 3 -

HOLLAND & HART LLP

By  *Electronic Approval Given on 09/22/2016*
    John M. Husband
    Bradford J. Williams
555 17th Street, Suite 3200
Denver, Colorado 80202
Telephone:  (303) 295-8228 (John)
jhusband@hollandhart.com
bjwilliams@hollandhart.com

Scotty A. Holloman
MADDOX, HOLLOMAN & MORAN, P.C.
P.O. Box 2508
Hobbs, NM  88241-2508
Telephone:  (575) 393-0505
Facsimile:   (575) 397-2646
sholloman@hobbsnmlaw.com

*Attorneys for Defendants Intrepid Potash, Inc. and*
    *Intepid Potash-New Mexico, LLC*