IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

        Plaintiff,

v.                               2:16-CV-00808-KG-SMV

INTREPID POTASH, INC.,
INTREPIED POTASH-NEW MEXICO, LLC,

And

STEVE GAMBLE,
        Defendants.

## ORDER TO WITHDRAW AS COUNSEL OF RECORD

**THIS MATTER** having come before the Court upon the Unopposed Motion to Withdraw as Counsel of Record for Defendants Intrepid Potash, Inc. and Intrepid Potash-New Mexico, LLC, and with the Court finding the Motion did not necessitate a hearing, and being otherwise fully advised in the premises, FINDS that such Motion is unopposed, that the Defendants, Intrepid Potash, Inc. and Intrepid Potash-New Mexico, LLC will continue to have representation herein and the Motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that withdrawal of Maddox, Holloman & Moran, PC (Scotty Holloman) as attorney for Defendants Intrepid Potash, Inc. and Intrepid Potash-New Mexico, LLC is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MADDOX, HOLLOMAN & MORAN, PC
By: __/S/   Scotty Holloman_____
      SCOTTY HOLLOMAN
      P. O. Box 2508
      Hobbs, New Mexico 88241
      (575) 393-0505
      (575) 397-2646 (Fax)
      sholloman@hobbsnmlaw.com

APPROVED:

HOLLAND & HART LLP
By:____Electronically Approved_____
      Larry J. Montano
      110 N. Guadalupe, Suite 1
      Santa Fe, New Mexico 87501
      TEL: (505) 988-4421
      lmontano@hollandhart.com
and

By:____ Electronically Approved_____
      John M. Husband *(pro hoc vice)*
      Bradford J. Williams *(pro hoc vice)*
      HOLLAND & HART LLP
      555 17th Street, Suite 3200
      Denver, Colorado 80202
      TEL: (303) 295-8000
      Email: jhusband@hollandhart.com
      bjwilliams@hollandhart.com

Kemp Smith, LLP
By:____Electronically Approved_____
      Kathryn Joy Brack Morrow
      3800 E. Lohman Ave., Suite C
      Las Cruces, New Mexico 88011
      TEL: 575-527-0023
      FAX:915-546-5360
      kmor@kempsmith.com

Dorsey & Witney, LLP  
By:   Electronically Approved           
      RJ Zayed  
      Forrest Tahdooahnippah  
      Suite 1500, 50 South Sixth Street  
      Minneapolis, Minnesota 55402-1498  
      TEL:    612-340-2600  
      FAX:    612-340-2868  
      zayed.rj@dorsev.com  
      forrest@dorsey.com  
Attorneys for Plaintiff Mosaic Potash Carlsbad, Inc.

   Telephonically Approved   
Steve Gamble, Pro Se  
1506 Adams Street  
Carlsbad, New Mexico  88220-4603