IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

       Plaintiff,

vs.                                                           Case No. 2:16-cv-808-KG-SMV

INTREPID POTASH, INC., INTREPID
POTASH NEW MEXICO, LLC, and
STEVE GAMBLE,

       Defendants.

## ORDER CONSOLIDATING CASES

Pending before the Court is the parties' Joint Motion to Consolidate. After having considered the motion, the applicable law and having determined that the above captioned action involves a common question of law or fact with Case No. 1:17-cv-01268-GBW-GJF, the Court determines that the motion should be GRANTED. Accordingly, it is hereby ORDERED that Case No. 1:17-cv-01268-GBW-GJF is hereby CONSOLIDATED into the above captioned action pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.

     IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form:

Dated: January 23, 2018  KEMP SMITH LLP

/s/ Kathryn Brack Morrow
Kathryn Brack Morrow
katy.morrow@kempsmith.com
3800 E. Lohman Ave., Suite C
Las Cruces, NM
575.527.0023
915.546.5360 (FAX)

*Attorneys for Plaintiff Mosaic Potash Carlsbad Inc.*

Dated: January 23, 2018  HOLLAND & HART LLP

/s/ Larry J. Montano (approved via email dated January 22, 2018)
Larry J. Montano
lmontano@hollandhart.com
110 N. Guadalupe, Suite 1
Santa Fe, NM 87501
Phone: (505) 988-4421
Fax: (505) 983-6043

*Attorneys for Defendant Intrepid Potash, Inc. and Defendant Intrepid Potash – New Mexico, LLC*

Dated: January 23, 2018

/s/ Steve Gamble (approved via email dated January 23, 2018)
Steve Gamble
sgamble@bajabb.com
1506 Adams Street
Carlsbad, NM 88220-4603
(575) 887-6885

*Pro Se*