# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

      Plaintiff/Counterclaim Defendant,

vs.                                               Case No.   2:16-cv-00808-KG-SMV
                                                             2:17-cv-01268-KG-SMV

INTREPID POTASH, INC.,
INTREPID POTASH-NEW MEXICO, LLC, and
STEVE GAMBLE,

      Defendants/Counterclaimants.

## ORDER GRANTING UNOPPOSED MOTION FOR
## LEAVE TO FILE CONSOLIDATED COMPLAINT

Pending before the Court is Plaintiff Mosaic Potash Carlsbad, Inc.'s ("Mosaic") Unopposed Motion for Leave to File Consolidated Complaint. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the Motion. Mosaic may file the Consolidated Complaint attached as Exhibit A to its motion.

IT IS SO ORDERED.

                                                                                       UNITED STATES DISTRICT JUDGE

1