UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Mosaic Potash Carlsbad, Inc.,

    Plaintiff / Counterclaim
    Defendant,

vs.                                                CIVIL NO. 2:16-cv-00808-KG-SMV
                                                       2:17-cv-01268-KG-SMV

Intrepid Potash, Inc.,
Intrepid Potash-New Mexico, LLC,
and Steve Gamble,

    Defendant /Counterclaimants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO BRING MOTION TO COMPEL

    Pending before the Court is Plaintiff Mosaic Potash Carlsbad, Inc.'s ("Mosaic") Unopposed Motion to Extend Time to Bring Motion to Compel. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the Motion. Mosaic shall have until twenty-one days after receiving Intrepid's Supplemental Interrogatory Responses to bring a motion to compel.

    IT IS SO ORDERED.

BY THE COURT:

Dated: September 20, 2018                  _____
                                             Honorable Stephan M. Vidmar
                                             U.S. Magistrate Judge

SUBMITTED BY:

DORSEY & WHITNEY LLP

*/s/ Forrest Tahdooahnippah*
Forrest Tahdooahnippah (pro hac vice)
forrest@dorsey.com
RJ Zayed (pro hac vice)
zayed.rj@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

KEMP SMITH LLP
Kathryn Brack Morrow
katy.morrow@kempsmith.com
3800 E. Lohman Ave., Suite C
Las Cruces, NM
Telephone: (575) 527-0023
Facsimile: (915) 546-5360

*Attorneys for Plaintiff Mosaic Potash Carlsbad Inc.*

APPROVED:

HOLLAND & HART LLP

*/s/ Chris Toll (approved by email)*
John M. Husband
jhusband@hollandhart.com
Bradford J. Williams
bjwilliams@hollandhart.com
555 17th St., Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8228
Facsimile: (303) 975-5381

Christopher H. Toll
ctoll@hollandhart.com
6230 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO 80111
Phone: (303) 290-1600
Larry J. Montano
lmontano@hollandhart.com
110 N. Guadalupe, Suite 1
Santa Fe, NM 87501
Telephone: (505) 988-4421
Facsimile: (505) 983-6043

*Attorneys for Defendant Intrepid Potash, Inc. and Defendant Intrepid Potash – New Mexico, LLC*


*/s/ Steve Gamble (approved by email )*
Steve Gamble
sgamble@bajabb.com
1506 Adams Street
Carlsbad, NM 88220-4603
Telephone: (575) 887-6885

*Pro Se*