IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff,

v.                                                          No. 16-cv-0808 KG-SMV
                                                                No. 17-cv-1268 KG-SMV

INTREPID POTASH, INC.,
INTREPID POTASH-NEW MEXICO, LLC,
and STEVE GAMBLE,

    Defendants,

and

STEVE GAMBLE,

    Counterclaimant,

v.

MOSAIC POTASH CARLSBAD, INC.,

    Counter-defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    November 2, 2018, at 9:30 a.m.

**Matter to be heard**:    Status conference to set settlement conference

    The telephonic Status Conference previously set for November 1, 2018, at 9:30 a.m. is

VACATED and RESET for **November 2, 2018, at 9:30 a.m.** Counsel should be prepared to

discuss the status of the case and their clients' availability for a settlement conference. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.