## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff,

v.                                                                                                No. 16-cv-0808 KG-SMV
                                                                                                  No. 17-cv-1268 KG-SMV

INTREPID POTASH, INC.,
INTREPID POTASH-NEW MEXICO, LLC,
and STEVE GAMBLE,

    Defendants,

and

STEVE GAMBLE,

    Counterclaimant,

v.

MOSAIC POTASH CARLSBAD, INC.,

    Counter-defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE
## AND MOTION HEARING

**IT IS HEREBY ORDERED** that briefing on Plaintiff's Motion to Modify Scheduling Order [Doc. 140] is EXPEDITED. Defendants' responses are due no later than **October 29, 2018**. Plaintiff's reply, if any, in support of its motion is due no later than **November 1, 2018**.

**IT IS FURTHER ORDERED** that a telephonic hearing is set on Plaintiff's Motion to Modify Scheduling Order [Doc. 140]. This matter will be heard at the telephonic status conference on **November 2, 2018, at 9:30 a.m.** Counsel must still be prepared to discuss the status of the

case and their clients' availability for a settlement conference at this status conference. Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel must coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.