IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.

    Plaintiff,

v.                                         Case Nos. 2:16-CV-00808-KG-SMV
                                                                           2:16-CV-01268-KG-SMV

INTREPID POTASH, INC.;
INTREPID POTASH-NEW MEXICO, LLC;
STEVE GAMBLE,

    Defendants.

## ORDER GRANTING INTREPID'S MOTION TO SEAL

Pending before the Court is Defendant Intrepid Potash, Inc.'s and Intrepid-Potash-New Mexico, LLC's (collectively, "Intrepid's") Motion to Seal. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the motion. Exhibit A (Intrepid's Brief), Exhibit B (Conferral Emails), Exhibit C (Berg Dep.), and Exhibit D (Taylor Dep.) to Intrepid's Motion to Seal shall remain under seal.

IT IS SO ORDERED.

                                               _____
                                               Hon. Stephan M. Vidmar
                                               United States Magistrate Judge