IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.

    Plaintiff,

v.                                    CIVIL NO. 2:16-CV-00808-KG-SMV
                                                  2:17-CV-01268-KG-SMV

INTREPID POTASH, INC.;
INTREPID POTASH-NEW MEXICO, LLC;
STEVE GAMBLE,

    Defendants.

## ORDER GRANTING MOSAIC'S MOTION TO SEAL

Pending before the Court is Plaintiff Mosaic Potash Carlsbad, Inc.'s ("Mosaic") Motion to Seal. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the motion. Exhibit A (Mosaic's Brief), Exhibit B (Supplemental Tahdooahnippah Declaration), Exhibit 1 (Wilmot Dep.), Exhibit 2 (Berg Dep.), Exhibit 3 (INTREPID00017843–17846), Exhibit 4 (Counsel Emails), Exhibit 5 (Nyikos Dep.), and Ex. 6 (Counsel Emails) to Mosaic's Motion to Seal shall remain under seal.

IT IS SO ORDERED.

_____
Hon. Stephan M. Vidmar
United States Magistrate Judge

1

**Submitted on November 1, 2018 by:**

**DORSEY & WHITNEY LLP**

By: _/s/ Forrest Tahdooahnippah_
RJ Zayed (*pro hac vice*)
Forrest Tahdooahnippah (*pro hac vice*)
Shannon J. Bjorklund (*pro hac vice*)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
TEL: (612) 340-2600
Email: zayed.rj@dorsey.com
Email: forrest@dorsey.com
Email: bjorklund.shannon@dorsey.com

~ AND ~

Kathryn Brack Morrow
**KEMP SMITH LLP**
3800 E. Lohman Ave., Suite C
Las Cruces, New Mexico
TEL: (575) 527-0023
Email: katy.morrow@kempsmith.com

~ AND ~

Charles C. High (*pro hac vice*)
Gilbert L. Sanchez
**KEMP SMITH LLP**
221 N. Kansas, Suite 1700
El Paso, TX 79901
TEL: (915) 533-4424
Email: charles.high@kempsmith.com
Email: gsanchez@kempsmith.com

~ AND ~

Clara B. Burns
**KEMP SMITH LLP**
PO Drawer 2800
El Paso, TX 79999-2800
TEL: (915) 533-4424
Email: clara.burns@kempsmith.com

**ATTORNEYS FOR PLAINTIFF MOSAIC POTASH CARLSBAD, INC.**

2
4842-0428-0953\1

| **Approved on November 1, 2018 by:** | **Approved on November 1, 2018 by:** |
|---|---|
| By: _____ | **HOLLAND & HART LLP** |
| Steve Gamble | |
| 1506 Adams Street | By: _____ |
| Carlsbad, New Mexico 88220-4603 | John M. Husband (*pro hac vice*) |
| | Bradford J. Williams (*pro hac vice*) |
| **DEFENDANT *PRO SE*** | 555 17th Street, Suite 3200 |
| | Denver, Colorado 80202 |
| | TEL: (303) 295-8000 |
| | Email: jhusband@hollandhart.com |
| | Email: bjwilliams@hollandhart.com |
| | |
| | ~ AND ~ |
| | |
| | Larry J. Montaño |
| | 110 N. Guadalupe, Suite 1 |
| | Santa Fe, New Mexico 87501 |
| | TEL: (505) 988-4421 |
| | Email: lmontano@hollandhart.com |
| | |
| | ~ AND ~ |
| | |
| | Christopher H. Toll (*pro hac vice*) |
| | 6380 South Fiddlers Green Circle, Suite 500 |
| | Greenwood Village, Colorado 80111 |
| | TEL: (303) 290-1600 |
| | Email: ctoll@hollandhart.com |
| | |
| | **ATTORNEYS FOR DEFENDANTS INTREPID POTASH, INC., AND INTREPID POTASH-NEW MEXICO, LLC** |

11584088_1