# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MOSAIC POTASH CARLSBAD, INC.,**

    Plaintiff,

v.                                                               **No. 16-cv-0808 KG-SMV**
                                                                                **No. 17-cv-1268 KG-SMV**

**INTREPID POTASH, INC.,**
**INTREPID POTASH-NEW MEXICO, LLC,**
**and STEVE GAMBLE,**

    Defendants,

**and**

**STEVE GAMBLE,**

    Counterclaimant,

v.

**MOSAIC POTASH CARLSBAD, INC.,**

    Counter-defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES AND AMENDING SCHEDULING ORDER

THIS MATTER is before the Court on Plaintiff's Opposed Motion to Modify the Scheduling Order [Doc. 140], filed on October 22, 2018. Plaintiff filed a Supplemental Opposed Motion to Modify the Scheduling Order [Doc. 142] on October 26, 2018. Defendants responded on October 29, 2018. [Doc. 143]. Plaintiff replied on November 1, 2018. [Doc. 146]. The Court heard argument from the parties at a hearing on November 2, 2018. The Court has considered the briefing, the relevant portions of the record, the parties' oral argument, and the relevant law. Being

otherwise fully advised in the premises and for the reasons stated on the record at the November 2, 2018 hearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Opposed Motion to Modify the Scheduling Order [Doc. 140] is **GRANTED**.

**IT IS FURTHER ORDERED** that the case management deadlines set out in the Amended Scheduling Order [Doc. 117] are amended as follows:

| | |
|---|---|
| Termination of fact discovery: | **December 17, 2018** |
| Motions relating to fact discovery filed by: | **December 24, 2018** |
| Plaintiff discloses experts and provides expert reports or summary disclosures by: | **February 5, 2019** |
| Defendants disclose experts and provide expert reports or summary disclosures by: | **April 5, 2019** |
| Termination of expert discovery: | **April 22, 2019** |
| Pretrial motions other than fact-discovery motions filed by: | **April 24, 2019** |
| Proposed Pretrial Order due from Plaintiff to Defendants by: | **May 8, 2019** |
| Proposed Pretrial Order due from Defendants to Court by: | **May 22, 2019** |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**