IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.

    Plaintiff,

v.                                                  Case Nos. 2:16-CV-00808-KG-SMV
                                                             2:16-CV-01268-KG-SMV

INTREPID POTASH, INC.;
INTREPID POTASH-NEW MEXICO, LLC;
STEVE GAMBLE,

    Defendants.

## ORDER GRANTING INTREPID'S MOTION TO SEAL

Pending before the Court is Defendant Intrepid Potash, Inc.'s and Intrepid-Potash-New Mexico, LLC's (collectively, "Intrepid's") Motion to Seal. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the motion. Exhibit A to Intrepid's Motion to Seal (Intrepid's Motion to Compel 30(b)(6) Testimony) and Exhibit B to Intrepid's Motion to Seal (Excerpts of Attorneys Eyes Only transcript of deposition of Odin Nelson) shall remain under seal.

IT IS SO ORDERED.

_____
Hon. Stephan M. Vidmar
United States Magistrate Judge

1

**Submitted on December 21, 2018, by:**

**HOLLAND & HART LLP**

By: */s/ Christopher H. Toll*
Christopher H. Toll (*pro hac vice*)
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, Colorado 80111
TEL: (303) 290-1600
Email: ctoll@hollandhart.com

~ AND ~

John M. Husband (*pro hac vice*)
Bradford J. Williams (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202
TEL: (303) 295-8000
Email: jhusband@hollandhart.com
Email: bjwilliams@hollandhart.com

~ AND ~

Larry J. Montaño
110 N. Guadalupe, Suite 1
Santa Fe, New Mexico 87501
TEL: (505) 988-4421
Email: lmontano@hollandhart.com

~ AND ~

**ATTORNEYS FOR DEFENDANTS INTREPID POTASH, INC., AND INTREPID POTASH-NEW MEXICO, LLC**

| **Approved on December 21, 2018 by:** | **Approved on December 21, 2018 by:** |
|---|---|
| */s/ Steve Gamble*<br>By: _____<br>Steve Gamble<br>1506 Adams Street<br>Carlsbad, New Mexico 88220-4603<br><br>**DEFENDANT *PRO SE*** | **DORSEY & WHITNEY LLP**<br><br>*/s/ Forrest Tahdooahnippah*<br>By: _____<br>RJ Zayed (*pro hac vice*)<br>Forrest Tahdooahnippah (*pro hac vice*)<br>Shannon J. Bjorklund (*pro hac vice*)<br>Allison Hill (*pro hac vice*)<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>TEL: (612) 340-2600<br>Email: zayed.rj@dorsey.com<br>Email: forrest@dorsey.com<br>Email: bjorklund.shannon@dorsey.com<br>Email: hill.alison@dorsey.com<br><br>~ AND ~<br><br>Kathryn Brack Morrow<br>**KEMP SMITH LLP**<br>3800 E. Lohman Ave., Suite C<br>Las Cruces, New Mexico<br>TEL: (575) 527-0023<br>Email: katy.morrow@kempsmith.com<br><br>~ AND ~<br><br>Charles C. High (*pro hac vice*)<br>Gilbert L. Sanchez<br>**KEMP SMITH LLP**<br>221 N. Kansas, Suite 1700<br>El Paso, TX 79901<br>TEL: (915) 533-4424<br>Email: charles.high@kempsmith.com<br>Email: gsanchez@kempsmith.com<br><br>~ AND ~<br><br>Clara B. Burns<br>**KEMP SMITH LLP**<br>PO Drawer 2800<br>El Paso, TX 79999-2800<br>TEL: (915) 533-4424<br>Email: clara.burns@kempsmith.com<br>**ATTORNEYS FOR PLAINTIFF MOSAIC POTASH CARLSBAD, INC.** |