IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case Nos. 2:16-CV-00808-KG-SMV
　　　　　　　　　　　　　　　　　　　　　　　　　　2:16-CV-01268-KG-SMV

INTREPID POTASH, INC.;
INTREPID POTASH-NEW MEXICO, LLC;
STEVE GAMBLE,

    Defendants.

## ORDER GRANTING INTREPID'S UNOPPOSED MOTION TO FOR EXTENSION OF PAGE LIMIT

Pending before the Court is Defendant Intrepid Potash, Inc.'s and Intrepid-Potash-New Mexico, LLC's (collectively, "Intrepid's") Unopposed Motion for Extension of Page Limit, Dkt. No. 255. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the motion. The page limit for Intrepid's Reply in Support of Partial Motion for Summary Judgment is hereby EXTENDED from twelve (12) pages to fifteen (15) pages.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1

<u>Submitted on June 14, 2019, by:</u>

HOLLAND & HART LLP

    */s/ Christopher H. Toll*
By: _____
Christopher H. Toll (*pro hac vice*)
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, Colorado 80111
TEL:   (303) 290-1600
Email:  ctoll@hollandhart.com

~ AND ~

John M. Husband (*pro hac vice*)
Bradford J. Williams (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202
TEL:   (303) 295-8000
Email:  jhusband@hollandhart.com
Email:  bjwilliams@hollandhart.com

~ AND ~

Larry J. Montaño
110 N. Guadalupe, Suite 1
Santa Fe, New Mexico 87501
TEL:   (505) 988-4421
Email:  lmontano@hollandhart.com

~ AND ~

ATTORNEYS FOR DEFENDANTS INTREPID POTASH, INC., AND INTREPID POTASH-NEW MEXICO, LLC

Approved on June 14, 2019 by:

    */s/ Steve Gamble*
By: _____
Steve Gamble
1506 Adams Street
Carlsbad, New Mexico 88220-4603

DEFENDANT *PRO SE*

Approved on June 14, 2019 by:

DORSEY & WHITNEY LLP

    */s/ Forrest Tahdooahnippah*
By: _____
RJ Zayed (*pro hac vice*)
Forrest Tahdooahnippah (*pro hac vice*)
Shannon J. Bjorklund (*pro hac vice*)
Allison Hill (*pro hac vice*)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
TEL:   (612) 340-2600
Email:  zayed.rj@dorsey.com
Email:  forrest@dorsey.com
Email:  bjorklund.shannon@dorsey.com
Email:  hill.alison@dorsey.com

~ AND ~
Kathryn Brack Morrow
KEMP SMITH LLP
3800 E. Lohman Ave., Suite C
Las Cruces, New Mexico
TEL:   (575) 527-0023
Email:  katy.morrow@kempsmith.com
~ AND ~

Charles C. High (*pro hac vice*)
Gilbert L. Sanchez
KEMP SMITH LLP
221 N. Kansas, Suite 1700
El Paso, TX 79901
TEL:   (915) 533-4424
Email:  charles.high@kempsmith.com
Email:  gsanchez@kempsmith.com
~ AND ~

Clara B. Burns
KEMP SMITH LLP
PO Drawer 2800
El Paso, TX 79999-2800
TEL:   (915) 533-4424
Email:  clara.burns@kempsmith.com

ATTORNEYS FOR PLAINTIFF MOSAIC POTASH CARLSBAD, INC.