IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff,

v.                                                                       No. 16-cv-0808 KG-SMV
                                                                        No. 17-cv-1268 KG-SMV

**INTREPID POTASH, INC.,**
**INTREPID POTASH-NEW MEXICO, LLC,**
**and STEVE GAMBLE,**

    **Defendants,**

**and**

**STEVE GAMBLE,**

    **Counterclaimant,**

**v.**

**MOSAIC POTASH CARLSBAD, INC.,**

    **Counter-defendant.**

## ORDER SETTING STATUS CONFERENCE

**Date and time**:    July 10, 2019, at 1:30 p.m. MDT

**Matter to be heard**:    Status Conference

    A telephonic Status Conference is hereby set for July 10, 2019, at 1:30 p.m. MDT. Counsel and any pro se party who will attend the conference should call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                                           **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**