IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff/Counter-Defendant,

vs.                                                         Civ. No. 16-808 KG/SMV
                                                           Cons. With Civ. No. 17-1268 KG/SMV

INTREPID POTASH, INC., INTREPID
POTASH-NEW MEXICO, LLC, and
STEVE GAMBLE,

    Defendants/Counterclaimant.

ORDER

IT IS HEREBY ORDERED that due to the Court's criminal trial calendar and the number of dispositive motions pending in this matter, the pretrial conference set for September 17, 2019, as well as the jury trial scheduled for September 23 through October 4, 2019, are hereby vacated and will be reset at a later date.

_____
UNITED STATES DISTRICT JUDGE