IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff/Counterclaim Defendant,

vs.                                                               CIV 16-0808 KG/SMV
                                                                      *Consolidated with*
                                                                       CIV 17-1268 KG/SMV

INTREPID POTASH, INC., INTREPID POTASH-
NEW MEXICO, LLC, and STEVE GAMBLE,

    Defendants/Counterclaimants.


**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

    IT IS HEREBY ORDERED that a status conference to schedule a trial in this matter will be held by telephone on **THURSDAY, SEPTEMBER 19, 2019, AT 10:00 AM**. Counsel shall call in to the Chambers' conference line of 888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE