IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.

    Plaintiff,

v.                                                Case Nos. 2:16-CV-00808-KG-SMV
                                                                              2:16-CV-01268-KG-SMV

INTREPID POTASH, INC.;
INTREPID POTASH-NEW MEXICO, LLC;
STEVE GAMBLE,

    Defendants.

ORDER GRANTING JOINT MOTION TO MODIFY MOTION IN LIMINE RESPONSE DEADLINE, AND FOR LEAVE TO FILE REPLIES TO TWO MOTIONS IN LIMINE PER SIDE

Pending before the Court is a Joint Motion to Modify Motion in Limine Response Deadline, and for Leave to File Replies to Two Motions in Limine Per Side. After having considered the motion, the applicable law, and having determined that good cause exists, the Court hereby GRANTS the motion. The parties are hereby ORDERED to file their responses to motions in limine on or before March 31, 2020. The Court further GRANTS LEAVE for Mosaic and Intrepid to file two replies each to their motions in limine (*i.e.*, two replies for Mosaic, and two replies for Intrepid), which replies must be filed on or before April 7, 2020.

IT IS SO ORDERED.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE

**Submitted on March 19, 2020, by:**

**HOLLAND & HART LLP**

By:  *s/ Christopher H. Toll*
Christopher H. Toll (*pro hac vice*)
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, Colorado 80111
TEL:   (303) 290-1600
Email:  ctoll@hollandhart.com

~ AND ~

John M. Husband (*pro hac vice*)
Bradford J. Williams (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202
TEL:   (303) 295-8000
Email:  jhusband@hollandhart.com
Email:  bjwilliams@hollandhart.com

~ AND ~

Larry J. Montaño
110 N. Guadalupe, Suite 1
Santa Fe, New Mexico 87501
TEL:   (505) 988-4421
Email:  lmontano@hollandhart.com

~ AND ~

**ATTORNEYS FOR DEFENDANTS INTREPID POTASH, INC., AND INTREPID POTASH-NEW MEXICO, LLC**

**Approved on March 19, 2020, by:**

**DORSEY & WHITNEY LLP**

By: */s/ Forrest Tahdooahnippah*
RJ Zayed (*pro hac vice*)
Forrest Tahdooahnippah (*pro hac vice*)
Shannon J. Bjorklund (*pro hac vice*)
Allison Hill (*pro hac vice*)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
TEL:   (612) 340-2600
Email:  zayed.rj@dorsey.com
Email:  forrest@dorsey.com
Email:  bjorklund.shannon@dorsey.com
Email:  hill.alison@dorsey.com

**~ AND ~**

Kathryn Brack Morrow
**KEMP SMITH LLP**
3800 E. Lohman Ave., Suite C
Las Cruces, New Mexico
TEL:   (575) 527-0023
Email:  katy.morrow@kempsmith.com

**~ AND ~**

Charles C. High (*pro hac vice*)
Gilbert L. Sanchez
**KEMP SMITH LLP**
221 N. Kansas, Suite 1700
El Paso, TX 79901
TEL:   (915) 533-4424
Email:  charles.high@kempsmith.com
Email:  gsanchez@kempsmith.com

**~ AND ~**

Clara B. Burns
**KEMP SMITH LLP**
PO Drawer 2800
El Paso, TX 79999-2800
TEL:   (915) 533-4424
Email:  clara.burns@kempsmith.com

**ATTORNEYS FOR PLAINTIFF MOSAIC POTASH CARLSBAD, INC.**

By:   *s/ Steve Gamble*
Steve Gamble
1506 Adams Street
Carlsbad, New Mexico 88220-4603
TEL:  (575) 887-6885
Email:  sgamble@bajabb.com

**DEFENDANT *PRO SE***