IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

        Plaintiff,

v.

INTREPID POTASH, INC.; INTREPID POTASH-NEW MEXICO, LLC; and STEVE GAMBLE,

        Defendants.

Civil No. 2:16-CV-00808-KG-SMV
           2:17-CV-01268-KG-SMV

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's and Defendants' Joint Motion to Dismiss. (Doc 396). Having reviewed and considered the Joint Motion to Dismiss, and pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. All claims in this action are dismissed with prejudice;

2. The parties will each bear their own costs and attorneys' fees associated with this action; and

3. The Court retains jurisdiction to enforce, or adjudicate any disputes concerning, the terms of the Settlement Agreement and its incorporated Forensic Protocol (Appendix B), and to award any remedy it deems appropriate including by granting or denying specific performance.

_____
UNITED STATES DISTRICT JUDGE

**Submitted on May 27, 2020, by:**

Dated:  May 27, 2020          **DORSEY & WHITNEY LLP**

By *s/ Forrest Tahdooahnippah*
RJ Zayed (*pro hac vice*)
zayed.rj@dorsey.com
Shannon J. Bjorklund (*pro hac vice*)
bjorklund.shannon@dorsey.com
Forrest Tahdooahnippah (*pro hac vice*)
forrest@dorsey.com
Payton George (*pro hac vice*)
george.payton@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

**KEMP SMITH LLP**
Charles C. High, Jr. (*pro hac vice*)
221 N. Kansas St., Suite 1700
El Paso, TX 79901
Telephone: (915) 533-4424
Facsimile: (915) 546-5360

**MANN MORROW, PLLC**
Kathryn Brack Morrow
katy.morrow@mannmorrow.com
665 E. University Ave., Suite C
Las Cruces, NM 88005
Telephone: (575) 440-0300

*Attorneys for Plaintiff Mosaic Potash Carlsbad, Inc.*

**Approved on May 27, 2020, by:**

Dated:  May 27, 2020                    **HOLLAND & HART LLP**

By *s/ Chris Toll*
John M. Husband (*pro hac vice*)
Bradford J. Williams (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202
TEL:   (303) 295-8000
Email:  jhusband@hollandhart.com
Email:  bjwilliams@hollandhart.com

**AND**

Larry J. Montaño
110 N. Guadalupe, Suite 1
Santa Fe, New Mexico 87501
TEL:   (505) 988-4421
Email:  lmontano@hollandhart.com

**AND**

Christopher H. Toll (*pro hac vice*)
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, Colorado 80111
TEL:   (303) 290-1600
Email:  ctoll@hollandhart.com

*Attorneys for Defendants Intrepid Potash, Inc., and Intrepid Potash-New Mexico, LLC*

Dated:  May 27, 2020                    By *s/ Steve Gamble*
Steve Gamble
sgamble@bajabb.com
1506 Adams Street
Carlsbad, NM 88220-4603
(575) 887-6885

*Defendant Pro Se*