IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOSAIC POTASH CARLSBAD, INC.,

    Plaintiff,

v.

INTREPID POTASH, INC.;
INTREPID POTASH-NEW MEXICO, LLC;
STEVE GAMBLE,

    Defendants.

Case Nos. 2:16-CV-00808-KG-SMV
           2:17-CV-01268-KG-SMV

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRWAW AS COUNSEL OF RECORD

THIS MATTER having come before the Court on the *Unopposed Motion to Withdraw as Counsel of Record* for Defendants Intrepid Potash, Inc. and Intrepid Potash-New Mexico, LLC (collectively, "Intrepid"), and the Court having considered the matter and being fully advised in the premises, GRANTS the Motion and ORDERS that Larry J. Montaño, John M. Husband, Christopher H. Toll, Bradford J. Williams, and the law firm of Holland & Hart LLP are approved to withdraw as counsel for Defendants Intrepid Potash, Inc. and Intrepid Potash-New Mexico, LLC (collectively "Intrepid"). Kathleen C. Schroder and the law firm of Davis, Graham & Stubbs LLP will continue to represent Intrepid in this matter.

DATED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE